\_ FILED     \_ LODGED
\_ RECEIVED  \_ COPY

SEP 1 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>            Plaintiff,          )<br>vs.                              )<br>Christopher Jon Hetzer,          )<br>            Defendant.           )<br>_____) | CR 03-50124-1-PHX-MHM<br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 12, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.

3     DATED this 14th day of September, 2006.

                                                      Lawrence O. Anderson
                                                      United States Magistrate Judge